UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00045-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**9.  CHRISTOPHER LIGHTNER**,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Pursuant to the parties' agreement in chambers on Tuesday, July 9, 2013, it is

    ORDERED that a Sentencing Hearing is set for **Thursday**, **October 24**, **2013**, **at 10:00 a.m. in Courtroom A-1002**.

    Dated:  July 9, 2013.