UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00045-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9. CHRISTOPHER LIGHTNER,

    Defendant.

## ORDER

The Court has considered the Government's Motion for the Three Level Acceptance of Responsibility Reduction Pursuant to § 3E1.1 of the United States Sentencing Guidelines.  The Court having reviewed the file and the motion, it is hereby

ORDERED that Government's Motion for the Three Level Acceptance of Responsibility Reduction Pursuant to § 3E1.1 of the United States Sentencing Guidelines [ECF Doc. No. 908], filed October 9, 2013, is **GRANTED.**  It is further

ORDERED that the Defendant receive a reduction of three levels in the base offense level for acceptance of responsibility as provided by § 3E1.1(a) and (b) of the United States Sentencing Guidelines.

Dated:  October 24, 2013.

                                      BY THE COURT:

                                      /s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL,
                                      SENIOR UNITED STATES DISTRICT JUDGE